# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2007

130912

LEWIS MATTHEWS III and DEBORAH
MATTHEWS,
      Plaintiffs-Appellees,

v

REPUBLIC WESTERN INSURANCE
COMPANY,
      Defendant-Appellant,

and

MICHIGAN DEPARTMENT OF STATE,
ASSIGNED CLAIMS FACILITY,
      Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130912
COA: 251333
Wayne CC: 97-717377-NF

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of January 12, 2007. The application for leave to appeal the March 2, 2006 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2007

_____
Clerk

p0522